Yeskoo Hogan & Tamlyn, LLP
909 Third Avenue, 28th Floor
New York, NY 10022
212-983-0900
Attorneys for Plaintiff
By: Richard C. Yeskoo

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X

ANASTASIA INTERNATIONAL, INC.,                No. 13-CV-2919 (KBF)

                      Plaintiff,                Affidavit of Service

      – against –

EM ONLINE PTY LTD d/b/a ELENA'S
MODELS
                    Defendant.
-----------------------------------------------------------------X

State of New Jersey   )
                            ) ss:
County of Union      )

      Carl Zipper, being duly sworn, deposes and says:

      I, am a paralegal employed by Yeskoo Hogan & Tamlyn, LLP, and am at least 18-years old. On May 8, 2013 I served the following documents:

      Order for Initial Pretrial Conference
      Individual Practices in Civil Cases (Judge Forrest)

by certified mail, return receipt requested, on defendant at:

EM Online Pty Ltd d/b/a Elena's Models
2355 Westwood Blvd, # 225
Los Angeles, CA, 90064

_____
Carl S. Zipper

Subscribed and sworn before me this
15th day of March, 2013

_____
Notary Public

**Richard C. Yeskoo**
  An attorney-at-law
  admitted to practice in
the State of New Jersey