UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 5/8/2013
```

ANASTASIA INTERNATIONAL, INC.

          Plaintiff(s)

**CERTIFICATE OF MAILING**

Case No.: 13CV2919 (KBF)

-v-

EM ONLINE PTY LTD

       Defendant(s)

I hereby certify under the penalties of perjury that on 8TH day of MAY, 20 13, I served: EM ONLINE PTY LTD D/B/A ELENA'S MODELS, 22 EXCALIBUR COURT, PARADISE POINT, QLD, 4126, AUSTRALIA

[X] One copy of the CIVIL COVER SHEET, SUMMONS, COMPLAINT, RULE 7.1 STATEMENT

by FEDEX TRACKING# 8580 6397 3723, to the individual of the foreign state, pursuant to the provisions of FRCP 4(f)2(c)(ii).

[ ] One copy of the _____

by _____, to the head of the ministry of foreign affairs, pursuant to the provisions of Foreign Services Immunities Act, 28 U.S.C. § 1608(a)(3).

[ ] Two copies of the _____

by _____, to the Secretary of State, Attn: Director of Consular Services, Office of Policy Review and Inter-Agency Liaison (CA/OCS/PRI), U.S. Department of State, SA-29, 4th Floor, 2201 C Street NW, Washington, DC 20520, pursuant to the provisions of Foreign Services Immunities Act, 28 U.S.C. § 1608(a)(4).

[ ] One copy of the _____

by _____, to the head of the agency or instrumentality of the foreign state, pursuant to the provisions of Foreign Services Immunities Act, 28 U.S.C. § 1608(b)(3)(B).

Dated: New York, New York
    5/8/2013

             RUBY J. KRAJICK
             CLERK OF COURT

             Print Name: JEANINE VIERA-SAN
             DEPUTY CLERK OF COURT

# FedEx International Air Waybill

**From** (Please print and press hard.)

Date: 5/7/13
Sender's FedEx Account Number: 3255-9320-2

Sender's Name: Richard Yeskoo
Company: YESKOO HOGAN & TAMLYN LLP
Address: 139 SOUTH ST STE 204
City: NEW PROVIDENCE
State/Province: NJ
ZIP: 07974
Phone: 908 464-8300

**2 To**

Recipient's Name:
Company: GM Online PTY LTD dba Elena's Models
Address: 22 Excalibur Court
City: Paradise Point
State/Province: QLD
ZIP/Postal Code: 4216
Country: Australia

**3 Shipment Information**

Total Packages: 1
Total Weight: 1 lbs
Commodity Description: Legal Documents — COMPLETE IN ENGLISH
Value for Customs: $1
Total Value (Specify Currency): $1 USD

**4 Express Package Service**
☒ FedEx Int'l Priority

**5 Packaging**
☒ FedEx Envelope

**7a Payment** Bill transportation charges to:
☒ Sender

**7b Payment** Bill duties and taxes to:
☒ Sender

FedEx Tracking Number: 8580 6397 3723

/0027/0050/0033817226/5