# EXHIBIT A

TO THE DECLARATION OF JAMES P. DUFFY, IV

**JAMES P. DUFFY IV**
K&L GATES LLP
NEW YORK, NEW YORK 10022
UNITED STATES OF AMERICA
● W: +1 212.536.4019 ● M: +1 646.265.8767 ● jp.duffy@klgates.com

| | |
|---|---|
| **LEGAL EXPERIENCE** | **K&L Gates LLP**, New York, New York |
| | *Partner, International Arbitration Group*      July 2013-Present |

Represent clients across a range of industries in international arbitrations administered under the ICC, AAA/ICDR, LCIA, HKIAC, UNCITRAL and ICSID rules in the U.S., Europe, Asia, Africa and Latin America, as well as in related litigation, with a focus on the MENA region and Indian subcontinent

**DLA Piper LLP,** New York, New York & Dubai, United Arab Emirates
*Partner, International Arbitration Group*      January 2011-July 2013

*Associate, International Arbitration Group*      February 2006-December 2010

**Hughes Hubbard & Reed LLP**, New York, New York
*Associate*      July 2005-February 2006

**Clifford Chance US LLP**, New York, New York
*Associate*      October 2002-July 2005

**Honorable Thomas C. Platt**, United States District Court, E.D.N.Y., New York
*Law Clerk*      August 2001-August 2002

**Shaw Pittman**, New York, New York & Washington, D.C.
*Summer Associate and Law Clerk*      Summer 2000-March 2001

**Honorable Thomas C. Platt**, United States District Court, E.D.N.Y., New York
*Intern*      Summer 1999

**EDUCATION**

**ST. JOHN'S UNIVERSITY, SCHOOL OF LAW**, Jamaica, New York
J.D., *Cum Laude*, June 2001

    Honors:      *Executive Articles Editor*, AMERICAN BANKRUPTCY INSTITUTE LAW REVIEW 2000-2001
                     *Academic Merit Scholarship*, 1999-2001
                     *Dean's List*, 1998-2001

**COLGATE UNIVERSITY**, Hamilton, New York
B.A., English and History, May 1998

    Honors:      *Dean's List*, 1996-1998

| | |
|---|---|
| **BAR ADMISSIONS** | *New York State* (Attorney) |
| | *United States Supreme Court, United States Court of Appeals for the Second Circuit, United States District Courts for the Southern and Eastern Districts of New York* |
| | *England & Wales* (Solicitor) |
| | *Courts of the Dubai International Financial Centre* (Legal Practitioner) |
| **PROFESSIONAL MEMBERSHIPS** | American Bar Association, New York State Bar Association, ICC Amicus Sub-Committee, ICC YAF (Steering Committee), LCIA YAG, ICDR Y&I |
| **PROFESSIONAL RECOGNITION** | 2012 Burton Award for Distinguished Writing - *Enforcement Begins When the Arbitration Clause is Drafted*, 22 AMERICAN REVIEW OF INTERNATIONAL ARBITRATION 271 (2011) |
| **REPRESENTATIVE MATTERS** | Representing an Austrian claimant in an ICSID arbitration against the government of Bosnia and Herzegovina |
| | Representing a US public company as claimant in an ICSID arbitration against the Government of Argentina |
| | Representing the Republic of Georgia as respondent in an ICSID arbitration commenced by Greek and Israeli claimants |
| | Representing a US power company as respondent in an ad hoc arbitration seated in India brought by an Indian state-owned power generation company |
| | Representing a European bank as claimant in an ICC arbitration seated in England against a US corporation |
| | Representing a US entity as respondent in an ICC arbitration seated in Mauritius brought by a Malagasy claimant |
| | Representing an Indian company as respondent in an LCIA arbitration seated in Singapore brought by a Japanese claimant |
| | Representing Cayman and BVI entities as respondents in an HKIAC arbitration seated in Hong Kong |
| | Representing a US company as claimant against a Jordanian respondent in an ICC arbitration seated in Abu Dhabi |
| | Representing a Bahraini industrial company as claimant in an ICDR arbitration against a US manufacturing company as respondent, as well as in related litigation before US federal courts |
| | Representing Canadian fertilizer company as respondent in an ICDR arbitration commenced by a US manufacturing company as claimant, as well as in related litigation before a US federal court |
| | Representing an Indian company in US court proceedings seeking an attachment in aid of an international arbitration |

|  |  |
|---|---|
|  | Representing a US company in US court proceedings brought by a Qatari company to enforce an ICC award |
|  | Representing a US entity in proceedings brought by a Malagasy company seeking evidence in support of a foreign tribunal under 28 USC § 1782 |
|  | Advising a US company on structuring an investment in Iraq to take advantage of available bilateral and multilateral investment treaties |
| **PUBLICATIONS** | *Federal Appeals Court Allows Class Action Proceedings In Arbitration*, INTERNATIONAL LAW OFFICE (September 5, 2013) |
|  | *Bahrain Award Enforceable In New York as Foreign Money Judgment*, INTERNATIONAL LAW OFFICE (March 28, 2013) |
|  | *Personal Jurisdiction Defence Accepted In Convention Enforcement Proceedings*, INTERNATIONAL LAW OFFICE (February 21, 2013) |
|  | *Standard Chartered Bank v. AHAB: A New York Court Enforces a Judgment from the Bahrain Chamber for Dispute Resolution*, BLOOMBERG BNA BANKING REPORT (February 19, 2013) |
|  | *Federal Appeals Court Upholds Class Arbitration Waiver*, INTERNATIONAL LAW OFFICE (February 7, 2013) |
|  | *District Court Grants Section 1782 Discovery In Support of NAFTA Arbitration*, INTERNATIONAL LAW OFFICE (October 11, 2012) |
|  | *Court Sanctions Counsel for Frivolous Challenge to Arbitration Award*, INTERNATIONAL LAW OFFICE (August 30, 2012) |
|  | *Eighth Circuit Court of Appeals Applies Rent-A-Center Severability Rule*, INTERNATIONAL LAW OFFICE (May 31, 2012) |
|  | *Federal Appeals Court Clarifies Arbitrator 'Evident Partiality' Standard*, INTERNATIONAL LAW OFFICE (March 8, 2012) |
|  | *Supreme Court Reaffirms Pro-Arbitration Stance*, INTERNATIONAL LAW OFFICE (March 1, 2012) |
|  | *Petition to Confirm Foreign Arbitral Award Dismissed for Forum Non Conveniens*, INTERNATIONAL LAW OFFICE (February 23, 2012) |
|  | *Enforcement Begins When the Arbitration Clause is Drafted*, 22 AMERICAN REVIEW OF INTERNATIONAL ARBITRATION 271 (2011) |
|  | *New York Legislature Considers Article 75 Bill*, INTERNATIONAL LAW OFFICE (November 23, 2011) |
|  | *US Court Rejects Arbitrator Bias Challenge During Enforcement Proceedings*, International LAW OFFICE (September 29, 2011) |
|  | *US Supreme Court Rules that Class Arbitration Waivers Are Enforceable*, International LAW |

OFFICE (September 22, 2011)

*Focusing on Enforcement Early and Often*, THE NATIONAL LAW JOURNAL (May 31, 2010)

*Keep an Eye on the End Game: Enforcement*, NEW YORK LAW JOURNAL (April 12, 2010)

*Enforcing Judgements Internationally*, PRACTICAL LAW COMPANY (2009)

*Hall Street One Year Later: The Manifest Disregard Debate Continues*, 19 AMERICAN REVIEW OF INTERNATIONAL ARBITRATION 193 (2008)

*Opposing Confirmation of International Arbitration Awards: Is It Worth the Sanctions?*, 17 AMERICAN REVIEW OF INTERNATIONAL ARBITRATION 143 (2006)

**SEMINARS**

*Faculty Member*, International Arbitration Advocacy Workshop, Foundation for International Arbitration Advocacy, Mumbai, India (2012)

*Speaker*, "Foreign Direct Investment and Dispute Resolution In India" DLA Piper FDI Series, New York and Palo Alto, USA (2012)

*Speaker*, "International Arbitration In India" US-India Business Council West Coast Legal Conference, Palo Alto, USA (2012)

*Moderator*, "Foreign Direct Investment and Dispute Resolution In Latin America" DLA Piper FDI Series, New York and Miami, USA (2012)

*Speaker*, "The Changing Face of Arbitration In India" US-India Business Council Conference, New York, USA (2012)

*Speaker*, "Perspectives In International Arbitration In the MENA Region: The American Party's Point of View" PwC International Arbitration Conference, Dubai, UAE (2011)

*Speaker*, "International Arbitration In India" American Bar Association India Conference, Mumbai, India (2011)

*Speaker*, "Stolt-Nielsen and Class Arbitration Waivers" Society of Maritime Arbitrators, New York, New York (2011)

*Moderator*, "Foreign Investment Dispute Resolution Panel, Conference On Ethiopian Law and Economic Development" Addis Ababa University, Addis Ababa, Ethiopia (2008)

*Panelist*, "Market Abuse, Supervision and Enforcement," Doha, Qatar (2008)

*Moderator*, "Best Practices for Meeting Client Needs in International Arbitration – An Associate Perspective" USCIB YAF, New York, USA (2007)

**MEDIA MENTIONS**

"Empire State of Mind," *Commercial Dispute Resolution* (August 1, 2013)

"K&L Gates Hires In New York and London," *Global Arbitration Review* (July 31, 2013)

"Contractual Class Action Waiver Valid Despite NLRB Ruling," *Inside Counsel* (March 26, 2013)

|  |  |
|---|---|
|  | "DLA Piper Promotes On Three Continents," *Global Arbitration Review* (April 21, 2011) |
|  | "Court Rules On Enforcement of Arbitration Agreements," *Inside Counsel* (August 20, 2010) |
|  | "Casino Case Illustrates Danger of Limiting Territory for Enforcement," *Global Arbitration Review* (September 2, 2009) |
|  | "Company Persists in US with Award Overturned in Qatar in Security Case," *Global Arbitration Review* (August 21, 2009) |
|  | "Lawyers Wanted: Abroad, That Is," *The New York Times* (November 21, 2008) |
| **CIVIC & CHARITABLE** | **Casting for Recovery**<br>*Board Chair (2013-2016), Board Member (2011-2012)*<br><br>Provide board-level guidance to national breast cancer charity that focuses on quality of life issues for women impacted by breast cancer, regardless of disease state<br><br>**St. John's University School of Law Center for International & Comparative Law**<br>*Advisory Board Member 2011-Present*<br><br>Provide board-level guidance to law school center designed to advance international and comparative law issues |
| **LANGUAGE SKILLS** | Conversational in French and proficient in Spanish; have lived overseas in Dubai and Monaco |