# EXHIBIT A

TO THE DECLARATION OF MICHAEL C. HARTMERE

# VENABLE® LLP

---



## Michael C. Hartmere

**Of Counsel**   mchartmere@Venable.com

New York, NY
T 212.808.5668
F 212.307.5598

profile | news | honors | publications

Michael Hartmere's practice areas include complex commercial litigation, class action defense, securities litigation and intellectual property litigation. He represents clients in litigation arising from disputes among commercial parties to complicated business transactions, as well as defending class actions involving advertising, marketing and consumer protection issues.

Mr. Hartmere was the principal draftsman of a motion to dismiss a consumer class action alleging fraud and deceptive marketing practices brought by nine graduates against their former law school, which recently resulted in dismissal of all claims. He is currently defending a major producer of poultry products in a putative consumer class action lawsuit alleging deceptive and unfair trade practices. He has recently represented: a foreign consumer products corporation and several of its officers in a multidistrict litigation involving deceptive trade and marketing practices claims; a domestic coal company and a French cosmetics distributor in separate complex breach of contract matters; and a non-profit credit counseling company in a class action suit involving claims of violations of a consumer protection statute.

Prior to joining Venable, Mr. Hartmere clerked for the Honorable Kevin Thomas Duffy of the U.S. District Court for the Southern District of New York. He was also a litigation associate at Simpson Thacher & Bartlett LLP.

**ACTIVITIES**

Mr. Hartmere is the vice chair of the firm's Class Action Defense Group and a former member of the Administrative Law Committee of the Association of the Bar of the City of New York.

**AREAS OF PRACTICE**

Commercial Litigation
Class Action Defense
Litigation
Advertising and Marketing
Litigation
Advertising and Marketing
Class Action Defense
Securities Class Action
Defense

**BAR ADMISSIONS**

Connecticut
New York

**COURT ADMISSIONS**

U.S. District Court for the
Southern District of New
York
U.S. District Court for the
Eastern District of New York

**EDUCATION**

J.D., Fordham University
School of Law, 2001
   Senior Notes &
   Comments Editor,
   *Fordham Intellectual
   Property, Media &*

*Entertainment Law Journal*, 2000-2001

B.A., Colgate University, 1997

### JUDICIAL CLERKSHIPS

Honorable Kevin Thomas Duffy, U.S. District Court for the Southern District of New York, 2001 - 2002

### MEMBERSHIPS

New York State Bar Association

Association of the Bar of the City of New York

American Bar Association