# EXHIBIT D

TO THE DECLARATION OF MICHAEL C. HARTMERE

# VENABLE® LLP

www.Venable.com

| Payment By Check | US Wire Transfers/ACH | Bank Address | International Wires | Federal ID: 52-0517250 |
|---|---|---|---|---|
| Venable LLP | PNC Bank | PNC Bank | Please add: | For Billing Inquiries |
| Post Office Box 62727 | Venable LLP Escrow Acct. | One East Pratt St. | Swift Identifier | Contact: |
| Baltimore, MD 21264-2727 | Account No.: 5501298602 | Baltimore, MD 21202 | PNCCUS33 | Finance@Venable.com |
| | Wire ABA No.: 031000053 | | | 410.528.2853 |
| | ACH ABA No.: 054000030 | | | |

INVOICE NO.
1427317

JUNE 30, 2013

90132414
HARRISON, TODD A.

EM ONLINE PTY, LTD.
22 EXCALIBUR COURT
PARADISE POINT QLD, 4216
AUSTRALIA

PROFESSIONAL SERVICES

SERVICES RENDERED FOR THE PERIOD THROUGH 6/30/2013 IN CONNECTION WITH
DEFENSE OF ANASTASIA INTERNATIONAL, INC. LAWSUIT

| | | |
|---|---|---|
| FEES | $ | 13,110.00 |
| DISBURSEMENTS | | 0.00 |
| **TOTAL FEES & DISBURSEMENTS** | $ | 13,110.00 |

# VENABLE® LLP

www.Venable.com

| Payment By Check | US Wire Transfers/ACH | Bank Address | International Wires | Federal ID: 52-0517250 |
|---|---|---|---|---|
| Venable LLP<br>Post Office Box 62727<br>Baltimore, MD 21264-2727 | PNC Bank<br>Venable LLP Escrow Acct.<br>Account No.: 5501298602<br>Wire ABA No.: 031000053<br>ACH ABA No.: 054000030 | PNC Bank<br>One East Pratt St.<br>Baltimore, MD 21202 | Please add:<br>Swift Identifier<br>PNCCUS33 | For Billing Inquiries<br>Contact:<br>Finance@Venable.com<br>410.528.2853 |

INVOICE NO.
1427317

JUNE 30, 2013

125979.352788                                                         WRIGHT, DAMON W. D.

## PROFESSIONAL SERVICES

| DATE | TIMEKEEPER | DESCRIPTION | HOURS |
|---|---|---|---|
| 06/26/13 | DEPALMA, NICHOLAS M. | REVIEW CASE DOCUMENTS IN ANASTASIA INTERNATIONAL V. EM ONLINE PTY LTD; COMPOSE CORRESPONDENCE TO D. WRIGHT REGARDING SAME; | 1.00 |
| 06/26/13 | WRIGHT, DAMON W. D. | REVIEW COMPLAINT AND RECENT FILINGS; CONFERENCE AND ANALYSIS WITH M. HARTMERE AND N. DEPALMA REGARDING SAME; PROVIDE SUMMARY AND ANALYSIS TO D. FIELD. | 2.00 |
| 06/27/13 | DEPALMA, NICHOLAS M. | PHONE CONFERENCE WITH D. WRIGHT, M. HARTMERE, AND D. FIELD; DRAFT DECLARATION, MOTION TO VACATE DEFAULT, MEMORANDUM IN SUPPORT OF MOTION TO VACATE DEFAULT, AND LOCAL RULE 7.1 STATEMENT; CONDUCT LEGAL RESEARCH REGARDING SAME; REVIEW CORRESPONDENCE FROM R. YESKOO; FURTHER REVIEW OF DOCKET ENTRIES AND CASE MATERIALS; | 6.20 |
| 06/27/13 | HARTMERE, MICHAEL C. | REVIEW BACKGROUND DOCUMENTS; CONFERENCE WITH D. FIELD AND CASE TEAM REGARDING STATUS AND STRATEGY; REVIEW, EDIT AND REVISE DECLARATION; CONFERENCE WITH OPPOSING COUNSEL; REVIEW DRAFT CORRESPONDENCE; REVIEW AMENDED COMPLAINT AND COURT FILINGS | 4.50 |

# VENABLE® LLP

www.Venable.com

| Payment By Check | US Wire Transfers/ACH | Bank Address | International Wires | Federal ID: 52-0517250 |
|---|---|---|---|---|
| Venable LLP<br>Post Office Box 62727<br>Baltimore, MD 21264-2727 | PNC Bank<br>Venable LLP Escrow Acct.<br>Account No.: 5501298602<br>Wire ABA No.: 031000053<br>ACH ABA No.: 054000030 | PNC Bank<br>One East Pratt St.<br>Baltimore, MD 21202 | Please add:<br>Swift Identifier<br>PNCCUS33 | For Billing Inquiries<br>Contact:<br>Finance@Venable.com<br>410.528.2853 |

INVOICE NO. 1427317

JUNE 30, 2013

| Date | Timekeeper | Description | Hours |
|---|---|---|---|
| 06/27/13 | WRIGHT, DAMON W. D. | TELEPHONE CONFERENCE WITH D. FIELD, M. HARTMERE AND N. DEPALMA; FOLLOW-UP CONFERENCES AND ANALYSES WITH M. HARTMERE AND N. DEPALMA; REVISE AND EDIT D. FIELD DECLARATION; TELEPHONE CONFERENCE WITH ANASTASIA COUNSEL; CORRESPOND WITH ANASTASIA COUNSEL; REVIEW AMENDED COMPLAINT AND WEBSITE MATERIALS FROM ANASTASIA COUNSEL; REVIEW DRAFT LETTER TO JUDGE FORREST; ADVISE D. FIELD REGARDING DEVELOPMENTS AND NEXT STEPS. | 4.00 |
| 06/28/13 | DEPALMA, NICHOLAS M. | REVIEW BACKUP MATERIALS PROVIDED BY D. FIELD SUBSTANTIATING VACATION AND EMAIL CORRESPONDENCE REGARDING SAME; REVIEW REVISIONS TO MOVING PAPERS BY M. HARTMERE; REVIEW INDIVIDUAL RULES OF PRACTICE FOR THE HONORABLE KATHERINE FOREST (DISTRICT JUDGE) IN PREPARATION FOR LITIGATION; | 1.00 |
| 06/28/13 | HARTMERE, MICHAEL C. | REVIEW, EDIT AND REVISE BRIEF IN SUPPORT OF MOTION TO VACATE DEFAULT AND ATTENDANT PAPERS; MULTIPLE EMAILS REGARDING SAME AND STATUS AND STRATEGY | 3.60 |
| 06/28/13 | WRIGHT, DAMON W. D. | REVIEW MATERIALS AND CORRESPONDENCE FROM D. FIELD; REVISE AND EDIT MOTION TO VACATE DEFAULT; CONFERENCE, ANALYSIS AND CORRESPONDENCE WITH N. DEPALMA AND M. HARTMERE. | .80 |
| 06/30/13 | DEPALMA, NICHOLAS M. | LEGAL RESEARCH REGARDING WHETHER THE FILING OF AN AMENDED COMPLAINT SUPERSEDES THE PREVIOUS COMPLAINT UPON WHICH DEFAULT IS BASED; REVISE MEMORANDUM IN SUPPORT OF MOTION TO VACATE DEFAULT; DRAFT NOTICE OF MOTION; | 1.00 |

PROFESSIONAL SERVICES TOTAL HOURS                                    24.10

# VENABLE® LLP

www.Venable.com

| Payment By Check | US Wire Transfers/ACH | Bank Address | International Wires | Federal ID: 52-0517250 |
|---|---|---|---|---|
| Venable LLP | PNC Bank | PNC Bank | Please add: | For Billing Inquiries |
| Post Office Box 62727 | Venable LLP Escrow Acct. | One East Pratt St. | Swift Identifier | Contact: |
| Baltimore, MD 21264-2727 | Account No.: 5501298602 | Baltimore, MD 21202 | PNCCUS33 | Finance@Venable.com |
|  | Wire ABA No.: 031000053 |  |  | 410.528.2853 |
|  | ACH ABA No.: 054000030 |  |  |  |

INVOICE NO.
1427317

JUNE 30, 2013

## SUMMARY OF SERVICES

| TIMEKEEPER | HOURS | RATE | AMOUNT |
|---|---|---|---|
| DEPALMA, NICHOLAS M. | 9.20 | 495.00 | 4,554.00 |
| HARTMERE, MICHAEL C. | 8.10 | 540.00 | 4,374.00 |
| WRIGHT, DAMON W. D. | 6.80 | 615.00 | 4,182.00 |
| TOTAL | 24.10 |  | $13,110.00 |

TOTAL BILLED FOR LEGAL SERVICES                                   $13,110.00