# EXHIBIT E

TO THE DECLARATION OF MICHAEL C. HARTMERE



www.Venable.com

| Payment By Check | US Wire Transfers/ACH | Bank Address | International Wires | Federal ID: 52-0517250 |
|---|---|---|---|---|
| Venable LLP | PNC Bank | PNC Bank | Please add: | For Billing Inquiries |
| Post Office Box 62727 | Venable LLP Escrow Acct. | One East Pratt St. | Swift Identifier | Contact: |
| Baltimore, MD 21264-2727 | Account No.: 5501298602 | Baltimore, MD 21202 | PNCCUS33 | Finance@Venable.com |
| | Wire ABA No.: 031000053 | | | 410.528.2853 |
| | ACH ABA No.: 054000030 | | | |

INVOICE NO.
1430949

AUGUST 14, 2013

90132414
HARRISON, TODD A.

EM ONLINE PTY, LTD.
22 EXCALIBUR COURT
PARADISE POINT QLD, 4216
AUSTRALIA

PROFESSIONAL SERVICES

SERVICES RENDERED FOR THE PERIOD THROUGH 7/31/2013 IN CONNECTION WITH
DEFENSE OF ANASTASIA INTERNATIONAL, INC. LAWSUIT

| | | |
|---|---|---|
| FEES | $ | 21,523.00 |
| DISBURSEMENTS | | 1,037.06 |
| **TOTAL FEES & DISBURSEMENTS** | $ | **22,560.06** |

# VENABLE® LLP

www.Venable.com

| Payment By Check | US Wire Transfers/ACH | Bank Address | International Wires | Federal ID: 52-0517250 |
|---|---|---|---|---|
| Venable LLP | PNC Bank | PNC Bank | Please add: | For Billing Inquiries |
| Post Office Box 62727 | Venable LLP Escrow Acct. | One East Pratt St. | Swift Identifier | Contact: |
| Baltimore, MD 21264-2727 | Account No.: 5501298602 | Baltimore, MD 21202 | PNCCUS33 | Finance@Venable.com |
|  | Wire ABA No.: 031000053 |  |  | 410.528.2853 |
|  | ACH ABA No.: 054000030 |  |  |  |

INVOICE NO.
1430949

AUGUST 14, 2013

125979.352788

WRIGHT, DAMON W. D.

## PROFESSIONAL SERVICES

| DATE | TIMEKEEPER | DESCRIPTION | HOURS |
|---|---|---|---|
| 07/01/13 | HARTMERE, MICHAEL C. | REVIEW, EDIT AND REVISE MOTION TO VACATE DEFAULT AND SUPPORTING PAPERS | .70 |
| 07/01/13 | WRIGHT, DAMON W. D. | EDIT BRIEF IN SUPPORT OF MOTION TO VACATE; CORRESPOND WITH D. FIELD RE. SAME. | .90 |
| 07/02/13 | WRIGHT, DAMON W. D. | CORRESPOND WITH ANASTASIA COUNSEL REGARDING VACATING DEFAULT AND DISMISSING CLAIMS. | .40 |
| 07/03/13 | DEPALMA, NICHOLAS M. | FINAL REVIEW OF MATERIALS; PREPARE EXHIBIT FOR M. HARTMERE REGARDING SAME; PHONE CONFERENCE WITH D. WRIGHT REGARDING DRAFTING OF MOTION TO DISMISS; | .50 |
| 07/03/13 | HARTMERE, MICHAEL C. | REVIEW, EDIT, REVISE AND FINALIZE MOTION PAPERS FOR FILING; CONFERENCES AND EMAILS REGARDING SAME; REVIEW CORRESPONDENCE FROM OPPOSING COUNSEL | 1.80 |
| 07/03/13 | WRIGHT, DAMON W. D. | REVISE AND EDIT BRIEF IN SUPPORT OF MOTION TO VACATE; REVIEW CORRESPONDENCE FROM ANASTASIA COUNSEL; FINALIZE BRIEF IN SUPPORT OF MOTION TO VACATE; CONFERENCE AND ANALYSIS WITH M. HARTMERE; CORRESPOND WITH D. FIELD; ATTENTION TO ARGUMENTS FOR MOTION TO DISMISS WITH N. DEPALMA. | 1.80 |
| 07/08/13 | WRIGHT, DAMON W. D. | REVIEW COURT ORDERS AND CORRESPOND WITH M. HARTMERE. | .20 |
| 07/09/13 | DEPALMA, NICHOLAS M. | COMPOSE CORRESPONDENCE TO D. FIELD REGARDING COURT'S ORDER GRANTING MOTION TO VACATE AND NEXT STEPS; LEGAL RESEARCH REGARDING MOTION TO DISMISS FIRST AMENDED COMPLAINT; | .40 |

# VENABLE® LLP

www.Venable.com

| Payment By Check | US Wire Transfers/ACH | Bank Address | International Wires | Federal ID: 52-0517250 |
|---|---|---|---|---|
| Venable LLP | PNC Bank | PNC Bank | Please add: | For Billing Inquiries |
| Post Office Box 62727 | Venable LLP Escrow Acct. | One East Pratt St. | Swift Identifier | Contact: |
| Baltimore, MD 21264-2727 | Account No.: 5501298602 | Baltimore, MD 21202 | PNCCUS33 | Finance@Venable.com |
| | Wire ABA No.: 031000053 | | | 410.528.2853 |
| | ACH ABA No.: 054000030 | | | |

INVOICE NO. 1430949

AUGUST 14, 2013

| Date | Timekeeper | Description | Hours |
|---|---|---|---|
| 07/09/13 | HARTMERE, MICHAEL C. | REVIEW COURT ORDERS AND JUDGE'S RULES; EMAILS REGARDING SAME | .70 |
| 07/10/13 | DEPALMA, NICHOLAS M. | CONDUCT LEGAL RESEARCH REGARDING MOTION TO DISMISS FIRST AMENDED COMPLAINT; REVIEW CORRESPONDENCE FROM M. HARTMERE AND D. WRIGHT CONCERNING SCHEDULING ORDER AND COMPOSE REPLY CORRESPONDENCE REGARDING SAME; | 3.70 |
| 07/10/13 | HARTMERE, MICHAEL C. | CONFERENCES WITH OPPOSING COUNSEL AND D. WRIGHT REGARDING SCHEDULING ORDER; EMAILS REGARDING SAME; EDIT AND REVISE SAME; REVIEW COURT FILINGS; REVIEW THIRD-PARTY SUBPOENA RESPONSES | 1.60 |
| 07/10/13 | WRIGHT, DAMON W. D. | CONFERENCE WITH M. HARTMERE REGARDING SCHEDULING ORDER; REVIEW AND COMMENT ON SCHEDULING ORDER; CORRESPOND WITH D. FIELD REGARDING ANASTASIA COUNSEL INVITATION. | .60 |
| 07/11/13 | DEPALMA, NICHOLAS M. | DRAFT MOTION TO DISMISS FIRST AMENDED COMPLAINT AND CONDUCT LEGAL RESEARCH REGARDING SAME; | 5.00 |
| 07/11/13 | HARTMERE, MICHAEL C. | REVIEW DRAFT MOTION TO DISMISS | 1.00 |
| 07/11/13 | WRIGHT, DAMON W. D. | REVISE AND EDIT MEMORANDUM IN SUPPORT OF MOTION TO DISMISS. | 4.00 |
| 07/12/13 | DEPALMA, NICHOLAS M. | REVISE MOTION TO DISMISS AND INCORPORATE COMMENTS FROM D. WRIGHT AND M. HARTMERE; COMPOSE TEAM CORRESPONDENCE REGARDING SAME; LEGAL RESEARCH REGARDING SAME (ADDITIONAL CASES REFUTING CONFUSION ELEMENT OF TRADEMARK INFRINGEMENT); COMPOSE CLIENT CORRESPONDENCE REGARDING SAME; | 2.00 |
| 07/12/13 | HARTMERE, MICHAEL C. | REVIEW AMENDED COMPLAINT; EDIT AND REVISE MOTION TO DISMISS AND SUPPORTING PAPERS; PREPARE SAME FOR FILING; CONFERENCES AND EMAILS REGARDING SAME; FILE SAME | 3.20 |
| 07/12/13 | POSSIDENTE, ADAM G. | WORK WITH M. HARTMERE TO FINALIZE MOTION TO DISMISS; LEGAL RESEARCH REGARDING SAME; REVIEW AND REVISE BRIEF | 2.80 |

# VENABLE® LLP

www.Venable.com

| Payment By Check | US Wire Transfers/ACH | Bank Address | International Wires | Federal ID: 52-0517250 |
|---|---|---|---|---|
| Venable LLP | PNC Bank | PNC Bank | Please add: | For Billing Inquiries |
| Post Office Box 62727 | Venable LLP Escrow Acct. | One East Pratt St. | Swift Identifier | Contact: |
| Baltimore, MD 21264-2727 | Account No.: 5501298602 | Baltimore, MD 21202 | PNCCUS33 | Finance@Venable.com |
|  | Wire ABA No.: 031000053 |  |  | 410.528.2853 |
|  | ACH ABA No.: 054000030 |  |  |  |

INVOICE NO. 1430949

AUGUST 14, 2013

| Date | Attorney | Description | Hours |
|---|---|---|---|
| 07/12/13 | WRIGHT, DAMON W. D. | REVISE AND FINALIZE BRIEF IN SUPPORT OF MOTION TO DISMISS; ATTENTION TO CORRESPONDENCE FROM D. FIELD; CONFERENCE AND ANALYSIS WITH M. HARTMERE AND N. DEPALMA; CORRESPOND WITH D. FIELD REGARDING MOTION TO DISMISS AND CONFERENCE WITH ANASTASIA. | 2.00 |
| 07/13/13 | WRIGHT, DAMON W. D. | CORRESPONDENCE WITH D. FIELD. | .20 |
| 07/15/13 | HARTMERE, MICHAEL C. | EMAILS WITH OPPOSING COUNSEL REGARDING SETTLEMENT DISCUSSION; CONFERENCE WITH OPPOSING COUNSEL REGARDING MOTION PRACTICE AND SETTLEMENT ISSUES | .50 |
| 07/15/13 | WRIGHT, DAMON W. D. | ATTENTION TO CORRESPONDENCE WITH ANASTASIA COUNSEL; REVIEW SCHEDULING ORDER; CONFERENCE AND CORRESPONDENCE WITH M. HARTMERE. | .20 |
| 07/16/13 | HARTMERE, MICHAEL C. | CONFERENCES WITH OPPOSING COUNSEL REGARDING MOTION PRACTICE DEADLINES; EMAILS REGARDING SAME; REVIEW AND EXECUTE STIPULATION REGARDING SAME | .30 |
| 07/19/13 | HARTMERE, MICHAEL C. | CONFERENCE WITH DEFENDANT IN HELSINKI | .80 |
| 07/24/13 | HARTMERE, MICHAEL C. | CONFERENCE WITH D. WRIGHT REGARDING COURT CONFERENCE, STATUS AND STRATEGY | .40 |
| 07/24/13 | WRIGHT, DAMON W. D. | CONFERENCE WITH M. HARTMERE REGARDING COMMUNICATION WITH CO-DEFENDANT. | .30 |
| 07/29/13 | HARTMERE, MICHAEL C. | PREPARE FOR COURT CONFERENCE; TRAVEL; PARTICIPATE IN COURT CONFERENCE; EMAILS REGARDING SAME | 3.10 |
| 07/30/13 | HARTMERE, MICHAEL C. | REVIEW COURT ORDERS; CONFERENCES AND EMAILS REGARDING SAME | .90 |

**PROFESSIONAL SERVICES TOTAL HOURS**     40.00

# VENABLE® LLP

www.Venable.com

| Payment By Check | US Wire Transfers/ACH | Bank Address | International Wires | Federal ID: 52-0517250 |
|---|---|---|---|---|
| Venable LLP | PNC Bank | PNC Bank | Please add: | For Billing Inquiries |
| Post Office Box 62727 | Venable LLP Escrow Acct. | One East Pratt St. | Swift Identifier | Contact: |
| Baltimore, MD 21264-2727 | Account No.: 5501298602 | Baltimore, MD 21202 | PNCCUS33 | Finance@Venable.com |
|  | Wire ABA No.: 031000053 |  |  | 410.528.2853 |
|  | ACH ABA No.: 054000030 |  |  |  |

INVOICE NO.
1430949

AUGUST 14, 2013

## SUMMARY OF SERVICES

| TIMEKEEPER | HOURS | RATE | AMOUNT |
|---|---|---|---|
| DEPALMA, NICHOLAS M. | 11.60 | 495.00 | 5,742.00 |
| HARTMERE, MICHAEL C. | 15.00 | 540.00 | 8,100.00 |
| POSSIDENTE, ADAM G. | 2.80 | 415.00 | 1,162.00 |
| WRIGHT, DAMON W. D. | 10.60 | 615.00 | 6,519.00 |
| **TOTAL** | **40.00** |  | **$21,523.00** |

TOTAL BILLED FOR LEGAL SERVICES                                                   $21,523.00


# VENABLE® LLP

www.Venable.com

| Payment By Check | US Wire Transfers/ACH | Bank Address | International Wires | Federal ID: 52-0517250 |
|---|---|---|---|---|
| Venable LLP | PNC Bank | PNC Bank | Please add: | For Billing Inquiries |
| Post Office Box 62727 | Venable LLP Escrow Acct. | One East Pratt St. | Swift Identifier | Contact: |
| Baltimore, MD 21264-2727 | Account No.: 5501298602 | Baltimore, MD 21202 | PNCCUS33 | Finance@Venable.com |
|  | Wire ABA No.: 031000053 |  |  | 410.528.2853 |
|  | ACH ABA No.: 054000030 |  |  |  |

INVOICE NO.
1430949

AUGUST 14, 2013

## DISBURSEMENTS

| DATE | ACTIVITY | AMOUNT |
|---|---|---|
| 06/30/13 | LEGAL RESEARCH/WESTLAW : NICHOLAS DEPALMA | 278.96 |
| 07/12/13 | LEGAL RESEARCH/WESTLAW : ADAM POSSIDENTE | 758.10 |

**TOTAL DISBURSEMENTS**  $1,037.06

QuickView+ - Report

Page 2 of 2

| | 1,933 | 464.93 USD | 278.96 USD | 0.00 USD | 278.96 USD |
| Totals for Day 06/30/2013 | | | | | |
| Totals for User Name DEPALMA,NICHOLAS (11226129) | 1,933 | 464.93 USD | 278.96 USD | 0.00 USD | 278.96 USD |

Reports/UsageReportPrintable.aspx

7/10/2013



Page 4 of 4

7/15/2013

Totals for Day 07/12/2013: 1,160.50 USD 696.30 USD 61.80 USD 758.10 USD
Totals for User Name POSSIDENTE, ADAM (7245565) 1,160.50 USD 696.30 USD 61.80 USD 758.10 USD

https://www.quickview.com/Reports/UsageReportPrintable.aspx