# EXHIBIT F

TO THE DECLARATION OF MICHAEL C. HARTMERE

# VENABLE® LLP

www.Venable.com

| Payment By Check | US Wire Transfers/ACH | Bank Address | International Wires | Federal ID: 52-0517250 |
|---|---|---|---|---|
| Venable LLP | PNC Bank | PNC Bank | Please add: | For Billing Inquiries |
| Post Office Box 62727 | Venable LLP Escrow Acct. | One East Pratt St. | Swift Identifier | Contact: |
| Baltimore, MD 21264-2727 | Account No.: 5501298602 | Baltimore, MD 21202 | PNCCUS33 | Finance@Venable.com |
|  | Wire ABA No.: 031000053 |  |  | 410.528.2853 |
|  | ACH ABA No.: 054000030 |  |  |  |

INVOICE NO.
1438140

SEPTEMBER 17, 2013

90132414
HARRISON, TODD A.

EM ONLINE PTY, LTD.
22 EXCALIBUR COURT
PARADISE POINT QLD, 4216
AUSTRALIA

PROFESSIONAL SERVICES

SERVICES RENDERED FOR THE PERIOD THROUGH 8/31/2013 IN CONNECTION WITH
DEFENSE OF ANASTASIA INTERNATIONAL, INC. LAWSUIT

| | |
|---|---|
| FEES | $ 12,073.50 |
| DISBURSEMENTS | 1,780.04 |
| **TOTAL FEES & DISBURSEMENTS** | $ 13,853.54 |

# VENABLE® LLP

www.Venable.com

| Payment By Check | US Wire Transfers/ACH | Bank Address | International Wires | Federal ID: 52-0517250 |
|---|---|---|---|---|
| Venable LLP | PNC Bank | PNC Bank | Please add: | For Billing Inquiries |
| Post Office Box 62727 | Venable LLP Escrow Acct. | One East Pratt St. | Swift Identifier | Contact: |
| Baltimore, MD 21264-2727 | Account No.: 5501298602 | Baltimore, MD 21202 | PNCCUS33 | Finance@Venable.com |
| | Wire ABA No.: 031000053 | | | 410.528.2853 |
| | ACH ABA No.: 054000030 | | | |

INVOICE NO.
1438140

SEPTEMBER 17, 2013

125979.352788                                                                       WRIGHT, DAMON W. D.

## PROFESSIONAL SERVICES

| DATE | TIMEKEEPER | DESCRIPTION | HOURS |
|---|---|---|---|
| 08/02/13 | HARTMERE, MICHAEL C. | REVIEW SECOND AMENDED COMPLAINT AND EXHIBITS THERETO; EMAILS REGARDING SAME | .60 |
| 08/03/13 | WRIGHT, DAMON W. D. | REVIEW ANASTASIA SECOND AMENDED COMPLAINT. | .30 |
| 08/06/13 | DEPALMA, NICHOLAS M. | REVIEW SECOND AMENDED COMPLAINT AND COMPOSE TEAM CORRESPONDENCE REGARDING SAME; PHONE CONFERENCE WITH M. HARTMERE AND D. WRIGHT REGARDING SECOND AMENDED COMPLAINT AND OUTLINING SECOND MOTION TO DISMISS AND NEXT STEPS; INTERNET RESEARCH REGARDING J. NATUNEN; | 1.00 |
| 08/06/13 | HARTMERE, MICHAEL C. | CORRESPONDENCE REGARDING MOTION TO DISMISS AND COURT ORDERS; CONTINUE TO REVIEW SECOND AMENDED COMPLAINT; CONFERENCE WITH CASE TEAM REGARDING SAME; PREPARE LITIGATION UPDATE FOR D. FIELD; EMAIL OTHER DEFENDANT | 1.40 |
| 08/06/13 | WRIGHT, DAMON W. D. | REVIEW ANASTASIA SECOND AMENDED COMPLAINT; ATTENTION TO CORRESPONDENCE AND IDENTIFY FACTUAL AND LEGAL ARGUMENTS FOR MOTION TO DISMISS; CONFERENCE AND ANALYSIS WITH M. HARTMERE AND N. DEPALMA RE. MOTION TO DISMISS AND STRIKE. | .70 |
| 08/07/13 | HARTMERE, MICHAEL C. | REVIEW RECENT DOCKET ENTRIES; EMAIL WITH CASE TEAM AND OTHER DEFENDANT REGARDING STATUS AND STRATEGY; BEGIN DRAFTING DECLARATION; CONFERENCE WITH OTHER DEFENDANT | 1.40 |

# VENABLE® LLP

www.Venable.com

| Payment By Check | US Wire Transfers/ACH | Bank Address | International Wires | Federal ID: 52-0517250 |
|---|---|---|---|---|
| Venable LLP | PNC Bank | PNC Bank | Please add: | For Billing Inquiries |
| Post Office Box 62727 | Venable LLP Escrow Acct. | One East Pratt St. | Swift Identifier | Contact: |
| Baltimore, MD 21264-2727 | Account No.: 5501298602 | Baltimore, MD 21202 | PNCCUS33 | Finance@Venable.com |
| | Wire ABA No.: 031000053 | | | 410.528.2853 |
| | ACH ABA No.: 054000030 | | | |

INVOICE NO.
1438140

SEPTEMBER 17, 2013

| Date | Attorney | Description | Hours |
|---|---|---|---|
| 08/07/13 | WRIGHT, DAMON W. D. | REVIEW BACKGROUND INFORMATION RE. J. NATUNEN; CONFERENCE WITH M. HARTMERE AND J. NATUNEN RE. POTENTIAL DECLARATION. | .50 |
| 08/08/13 | DEPALMA, NICHOLAS M. | REVIEW DRAFT DECLARATION FOR J. NATUNEN AND CORRESPONDENCE FROM D. WRIGHT AND M. HARTMERE REGARDING SAME; COMPOSE REPLY CORRESPONDENCE REGARDING SAME; | .20 |
| 08/08/13 | HARTMERE, MICHAEL C. | CONTINUE DRAFTING DECLARATION OF J. NATUNEN; EMAILS REGARDING SAME; EDIT AND REVISE SAME | 1.60 |
| 08/08/13 | WRIGHT, DAMON W. D. | REVISE AND EDIT J. NATUNEN DECLARATION. | 1.00 |
| 08/09/13 | WRIGHT, DAMON W. D. | REVIEW J. NATUNEN ANSWER TO COMPLAINT AND MOTION TO DISMISS; CORRESPOND WITH M. HARTMERE AND N. DEPALMA REGARDING SAME. | .50 |
| 08/12/13 | DEPALMA, NICHOLAS M. | LEGAL RESEARCH REGARDING MOTION TO DISMISS SECOND AMENDED COMPLAINT (FOCUS ON NEW COUNT OF DEFAMATION AND FAILURE TO PLEAD AGENCY RELATIONSHIP); DRAFT MOTION TO DISMISS SECOND AMENDED COMPLAINT; REVIEW DOCKET REGARDING SAME; | 4.00 |
| 08/12/13 | HARTMERE, MICHAEL C. | REVIEW NATUNEN'S MOTION TO DISMISS AND CORRESPONDENCE FROM NATUNEN; EDIT AND REVISE DECLARATION; CORRESPONDENCE REGARDING SAME | 1.00 |
| 08/12/13 | WRIGHT, DAMON W. D. | REVIEW DRAFT MOTION TO DISMISS SECOND AMENDED COMPLAINT AND CORRESPOND WITH M. HARTMERE REGARDING SAME. | .20 |
| 08/13/13 | HARTMERE, MICHAEL C. | EDIT AND REVISE BRIEF IN SUPPORT OF MOTION TO DISMISS | 3.50 |
| 08/14/13 | HARTMERE, MICHAEL C. | REVIEW, EDIT AND REVISE BRIEF IN SUPPORT OF MOTION TO DISMISS; CONFERENCES AND EMAILS REGARDING SAME | 1.00 |
| 08/15/13 | DEPALMA, NICHOLAS M. | REVISE BRIEF AND ADDRESS COMMENTS FROM M. HARTMERE AND D. WRIGHT; STANDARDIZE CITATIONS REGARDING SAME; COMPOSE CORRESPONDENCE TO D. FIELD PROVIDING CASE UPDATE; | .60 |
| 08/15/13 | WRIGHT, DAMON W. D. | REVIEW REVISED MOTION TO DISMISS AND CORRESPONDENCE RE. SAME. | .20 |

# VENABLE LLP

www.Venable.com

| Payment By Check | US Wire Transfers/ACH | Bank Address | International Wires | Federal ID: 52-0517250 |
|---|---|---|---|---|
| Venable LLP | PNC Bank | PNC Bank | Please add: | For Billing Inquiries |
| Post Office Box 62727 | Venable LLP Escrow Acct. | One East Pratt St. | Swift Identifier | Contact: |
| Baltimore, MD 21264-2727 | Account No.: 5501298602 | Baltimore, MD 21202 | PNCCUS33 | Finance@Venable.com |
|  | Wire ABA No.: 031000053 |  |  | 410.528.2853 |
|  | ACH ABA No.: 054000030 |  |  |  |

INVOICE NO.
1438140

SEPTEMBER 17, 2013

| Date | Timekeeper | Description | Hours |
|---|---|---|---|
| 08/16/13 | DEPALMA, NICHOLAS M. | PROOF READ AND CITE CHECK BRIEF; COMPOSE CORRESPONDENCE TO M. HARTMERE REGARDING FILING SAME; | .80 |
| 08/16/13 | HARTMERE, MICHAEL C. | FINALIZE MOTION PAPERS FOR FILING; EMAILS AND COMMUNICATIONS WITH OTHER DEFENDANT REGARDING DECLARATION; CONFERENCES AND EMAILS REGARDING MOTION TO DISMISS | .90 |
| 08/16/13 | SALCEDO, ORLANDO | REVIEW, PDF A CONVERT AND E-FILE MOTION TO DISMISS WITH SUPPORTING PAPERS | .30 |
| 08/19/13 | HARTMERE, MICHAEL C. | REVIEW EXECUTED NATUNEN DECLARATION; MULTIPLE EMAILS REGARDING SAME | .20 |
| 08/23/13 | HARTMERE, MICHAEL C. | REVIEW SECOND NATUNEN DECLARATION; EMAIL REGARDING SAME | .30 |
| 08/28/13 | HARTMERE, MICHAEL C. | CORRESPONDENCE WITH J. NATUNEN REGARDING DECLARATIONS AND COURT FILINGS | .20 |
| 08/29/13 | HARTMERE, MICHAEL C. | REVIEW OPPOSITION TO MOTION TO DISMISS | .20 |

**PROFESSIONAL SERVICES TOTAL HOURS**         22.60

# VENABLE® LLP

www.Venable.com

| Payment By Check | US Wire Transfers/ACH | Bank Address | International Wires | Federal ID: 52-0517250 |
|---|---|---|---|---|
| Venable LLP | PNC Bank | PNC Bank | Please add: | For Billing Inquiries |
| Post Office Box 62727 | Venable LLP Escrow Acct. | One East Pratt St. | Swift Identifier | Contact: |
| Baltimore, MD 21264-2727 | Account No.: 5501298602 | Baltimore, MD 21202 | PNCCUS33 | Finance@Venable.com |
| | Wire ABA No.: 031000053 | | | 410.528.2853 |
| | ACH ABA No.: 054000030 | | | |

INVOICE NO.
1438140

SEPTEMBER 17, 2013

## SUMMARY OF SERVICES

| TIMEKEEPER | HOURS | RATE | AMOUNT |
|---|---|---|---|
| DEPALMA, NICHOLAS M. | 6.60 | 495.00 | 3,267.00 |
| HARTMERE, MICHAEL C. | 12.30 | 540.00 | 6,642.00 |
| SALCEDO, ORLANDO | 0.30 | 245.00 | 73.50 |
| WRIGHT, DAMON W. D. | 3.40 | 615.00 | 2,091.00 |
| TOTAL | 22.60 | | $12,073.50 |

TOTAL BILLED FOR LEGAL SERVICES                                       $12,073.50



www.Venable.com

| Payment By Check | US Wire Transfers/ACH | Bank Address | International Wires | Federal ID: 52-0517250 |
|---|---|---|---|---|
| Venable LLP | PNC Bank | PNC Bank | Please add: | For Billing Inquiries |
| Post Office Box 62727 | Venable LLP Escrow Acct. | One East Pratt St. | Swift Identifier | Contact: |
| Baltimore, MD 21264-2727 | Account No.: 5501298602 | Baltimore, MD 21202 | PNCCUS33 | Finance@Venable.com |
|  | Wire ABA No.: 031000053 |  |  | 410.528.2853 |
|  | ACH ABA No.: 054000030 |  |  |  |

INVOICE NO.
1438140

SEPTEMBER 17, 2013

## DISBURSEMENTS

| DATE | ACTIVITY | AMOUNT |
|---|---|---|
| 07/12/13 | LEGAL RESEARCH/WESTLAW : NICHOLAS DEPALMA | 281.12 |
| 08/12/13 | LEGAL RESEARCH/WESTLAW : NICHOLAS DEPALMA | 1,332.72 |
| 08/15/13 | LEGAL RESEARCH/WESTLAW : NICHOLAS DEPALMA | 43.20 |
| 08/16/13 | LEGAL RESEARCH/WESTLAW : NICHOLAS DEPALMA | 123.00 |

**TOTAL DISBURSEMENTS**                                                                                $1,780.04



QuickView+ - Repo[rt]

https://www.quickview.com/Reports/UsageReportPrintable.aspx

7/15/2013



| | | | |
|---|---|---|---|
| Totals for Day 08/12/2013 | 31 | 2,221.28 USD | 1,332.72 USD | 0.00 USD | 1,332.72 USD |
| Day 08/15/2013 | | | | |
| Totals for Day 08/15/2013 | 4 | 72.00 USD | 43.20 USD | 0.00 USD | 43.20 USD |
| Day 08/16/2013 | | | | |
| Totals for Day 08/16/2013 | 12 | 205.00 USD | 123.00 USD | 0.00 USD | 123.00 USD |
| Totals for User Name DEPALMA-NICHOLAS | | | | |