# EXHIBIT G

TO THE DECLARATION OF MICHAEL C. HARTMERE

DRAFT BILL # 2112426

Page 2 of 4

125979 / 352788   EM ONLINE PTY, LTD. DEFENSE OF ANASTASIA INTERNATIONAL, INC. LAWSUIT / WRIGHT, DAMON W. D.

| | HOURS | AMOUNT | ACTION |
|---|---|---|---|
| ----- DEPALMA, NICHOLAS M. ----- | | | |
| 09/04/13 | | | |
| DRAFT REPLY TO MOTION TO DISMISS; COMPOSE TEAM CORRESPONDENCE REGARDING SAME; CONDUCT LEGAL RESEARCH REGARDING SAME; {22252297} | 3.00 | 1,485.00 | |
| 09/07/13 | | | |
| REVISE REPLY IN SUPPORT OF MOTION TO DISMISS; CONDUCT LEGAL RESEARCH REGARDING SAME; COMPOSE TEAM CORRESPONDENCE REGARDING SAME; {22257290} | 3.00 | 1,485.00 | |
| ----- HARTMERE, MICHAEL C. ----- | | | |
| 09/03/13 | | | |
| CONFERENCES WITH R. YESKOO AND D. WRIGHT REGARDING FACTUAL DEVELOPMENTS AND POTENTIAL FOR AMENDMENT OF COMPLAINT {22246967} | 0.40 | 216.00 | |
| 09/09/13 | | | |
| REVIEW, EDIT AND REVISE REPLY PAPERS; PREPARE SAME FOR FILING; EMAILS REGARDING SAME; PREPARE COURTESY COPIES FOR SUBMISSION {22261405} | 1.20 | 648.00 | |
| 09/11/13 | | | |
| REVIEW COURT FILINGS; EMAIL REGARDING SAME {22261406} | 0.30 | 162.00 | |
| ----- SALCEDO, ORLANDO ----- | | | |
| 09/09/13 | | | |
| REVIEW, PDF-A CONVERT AND E-FILE REPLY TO MOTION {22274117} | 0.20 | 49.00 | |
| ----- WRIGHT, DAMON W. D. ----- | | | |
| 09/03/13 | | | |
| CONFERENCE WITH M. HARTMERE REGARDING ANASTASIA PROPOSED MOTION TO AMEND COMPLAINT. {22246965} | 0.20 | 123.00 | |

DRAFT BILL # 2112426

Page 3 of 4

125979 / 352788    EM ONLINE PTY, LTD. DEFENSE OF ANASTASIA INTERNATIONAL, INC. LAWSUIT / WRIGHT, DAMON W. D.

|  | HOURS | AMOUNT | ACTION |
|---|---|---|---|
| 09/04/13 | | | |
| ATTENTION TO REPLY IN SUPPORT OF MOTION TO DISMISS AND CORRESPOND WITH M. HARTMERE AND N. DEPALMA REGARDING SAME. {22246966} | 0.20 | 123.00 | |
| 09/07/13 | | | |
| REVISE AND EDIT REPLY IN SUPPORT OF MOTION TO DISMISS. {22257659} | 1.30 | 799.50 | |
| 10/04/13 | | | |
| REVIEW COURT OPINION AND ADVISE D. FIELD RE. SAME. {22343243} | 0.20 | 123.00 | |
| FOR CURRENT SERVICES RENDERED | 10.00 | $5,213.50 | |

| | TIMEKEEPER RECAP | HOURS | RATE .. | AMOUNT | ACTION |
|---|---|---|---|---|---|
| NMD01 | DEPALMA, NICHOLAS M. | 6.00 | 495.00 | 2,970.00 | |
| MCH02 | HARTMERE, MICHAEL C. | 1.90 | 540.00 | 1,026.00 | |
| OZS01 | SALCEDO, ORLANDO | 0.20 | 245.00 | 49.00 | |
| DWW01 | WRIGHT, DAMON W. D. | 1.90 | 615.00 | 1,168.50 | |

CHARGES

| | | |
|---|---|---|
| COMMERCIAL MESSENGER / DELIVERY SERVICES | 51.25 | |
| LEGAL RESEARCH/WESTLAW : SEPTEMBER 04, 2013  NICHOLAS DEPALMA {22271134 } | 45.60 | |
| LEGAL RESEARCH/WESTLAW : SEPTEMBER 07, 2013  NICHOLAS DEPALMA {22275479 } | 61.80 | |
| TOTAL CHARGES | $ 158.65 | |

DRAFT BILL # 2112426

SAMPLE BILL PRESENTATION FOR REVIEW PURPOSES ONLY
DO NOT SEND TO CLIENT

Page 4 of 4

OCTOBER 02, 2013

ACCOUNT # 90132414

WRIGHT, DAMON W. D.

EM ONLINE PTY, LTD.
22 EXCALIBUR COURT
PARADISE POINT QLD, 4216
AUSTRALIA

SERVICES RENDERED FOR THE PERIOD THROUGH 9/30/2013 IN CONNECTION WITH
DEFENSE OF ANASTASIA INTERNATIONAL, INC. LAWSUIT

| | |
|---|---|
| FEES | $5,213.50 |
| CHARGES | $158.65 |
| **TOTAL FEES & CHARGES – THIS INVOICE** | **$5,372.15** |

[redacted]