# EXHIBIT 1

**From:** ryeskoo [mailto:yeskoo@yeskoolaw.com]
**Sent:** Thursday, June 27, 2013 2:35 PM
**To:** Wright, Damon W. D.
**Cc:** Hartmere, Michael C.; DePalma, Nicholas M.
**Subject:** RE: Anastasia International, Inc. v. EM Online Pty, Ltd., et al.

Good to speak with you.

I have emailed the client about vacating the default. I should have an answer to you by Monday.

I forwarded to you the amended complaint and the screenshot. I have asked for native version, if available, from client.

Richard C. Yeskoo
Yeskoo Hogan & Tamlyn, LLP
139 South Street
New Providence, NJ 07974
908-464-8300
yeskoo@yeskoolaw.com