# EXHIBIT 2

**From:** ryeskoo [mailto:yeskoo@yeskoolaw.com]
**Sent:** Thursday, June 27, 2013 3:02 PM
**To:** Wright, Damon W. D.
**Cc:** Hartmere, Michael C.; DePalma, Nicholas M.
**Subject:** RE: Anastasia International, Inc. v. EM Online Pty, Ltd., et al.

I spoke with our client. It is willing to vacate the default upon satisfactory proof that Elena Gold and her husband were on a cruise in Europe. Please send copy of passport stamps, airline tickets and cruise ship tickets.

Richard C. Yeskoo
Yeskoo Hogan & Tamlyn, LLP
139 South Street
New Providence, NJ 07974
908-464-8300
yeskoo@yeskoolaw.com