# EXHIBIT 3

Case 1:13-cv-02919-KBF   Document 48-3   Filed 10/23/13   Page 1 of 2

**From:** Wright, Damon W. D. [mailto:DWright@Venable.com]
**Sent:** Tuesday, July 2, 2013 5:14 PM
**To:** ryeskoo
**Cc:** Hartmere, Michael C.; DePalma, Nicholas M.
**Subject:** RE: Anastasia International, Inc. v. EM Online Pty, Ltd., et al.

Richard,

Please see the attached documents in response to your email below. We understand that, with the benefit of these documents, your client is willing to vacate the default. Based on the points set forth in the attached declaration, we also again request that your client voluntarily dismiss EM Online Pty Ltd.

_____

*Damon W.D. Wright*
*Venable LLP*
*575 7th Street, N.W.*
*Washington, DC 20004-1601*
*(202) 344-4937 (direct)*
*(703) 973-8776 (cell)*
*(202) 344-8300 (fax)*
*dwdwright@venable.com*
*http://www.venable.com/damon-wd-wright/*

1