# EXHIBIT 4

**ryeskoo**

---

| | |
|---|---|
| **From:** | ryeskoo <yeskoo@yeskoolaw.com> |
| **Sent:** | Wednesday, July 3, 2013 12:24 PM |
| **To:** | 'Wright, Damon W. D.' |
| **Cc:** | Hartmere, Michael C. (MCHartmere@Venable.com); Hartmere, Michael C. (MCHartmere@Venable.com); DePalma, Nicholas M. (NMDePalma@Venable.com); DePalma, Nicholas M. (NMDePalma@Venable.com) |
| **Subject:** | RE: Anastasia International, Inc. v. EM Online Pty, Ltd., et al. |

We agree to vacate the default. I will send a letter to Judge Forrest today informing her of this and asking her to schedule a preliminary conference.

We cannot agree to dismiss the case against your client at this time. Your client appears to be a front for some other organization, or else has hired an agent to run its website and now seeks to disavow any knowledge of or responsibility for the actions of its agent. We base this belief on several facts, including we can find no evidence of an operating office in Australia, the website continued to operate actively while your clients were on a cruise ship, and the Elena's Models link on the Anastasiafraud website was removed a few days after your client received our emailed complaint. We repeat our request that you identify the persons or entity which is operating the Elenas Model website.

Richard C. Yeskoo
Yeskoo Hogan & Tamlyn, LLP
139 South Street
New Providence, NJ 07974
908-464-8300
yeskoo@yeskoolaw.com