# EXHIBIT 6

Venable Time on Motion to Vacate Default

| Date | Wright | Hartmere | DePalma | |
|------|--------|----------|---------|--------|
| 6/27/2013 | | 4.5 | 6.2 | |
| 6/28/2013 | 0.8 | 3.6 | 1 | |
| 6/30/2013 | | | 1 | |
| 7/1/2013 | 0.9 | 0.7 | | |
| 7/3/2013 | 1.8 | 1.8 | 0.5 | |
| Hours | 3.5 | 10.6 | 8.7 | 22.8 |
| Rate | 615 | 540 | 495 | |
| Total | 2152.5 | 5724 | 4306.5 | 12183 |