# EXHIBIT 7

Venable Time Spent on Motions to Dismiss

| Date | Wright | Hartmere | DePalma | Possidente | Salcendo | |
|---|---|---|---|---|---|---|
| **First Motion** | | | | | | |
| 7/10/2013 | | | 3.7 | | | |
| 7/11/2013 | 4 | 1 | 5 | | | |
| 7/12/2013 | 2 | 3.2 | 2 | 2.8 | | |
| | 6 | 4.2 | 10.7 | 2.8 | | 23.7 |
| **Second Motion** | | | | | | |
| 8/6/2013 | 1.4 | 1.4 | 1 | | | |
| 8/12/2013 | 0.2 | | 4 | | | |
| 8/13/2013 | | 3.5 | | | | |
| 8/14/2013 | | 1 | | | | |
| 8/15/2013 | 0.2 | | 0.6 | | | |
| 8/16/2013 | | 0.9 | 0.8 | | 0.3 | |
| | 1.8 | 6.8 | 6.4 | | 0.3 | 15.3 |
| **Reply** | | | | | | |
| 9/4/2013 | 0.2 | | 3 | | | |
| 9/7/2013 | 1.3 | | 3 | | | |
| 9/9/2013 | | 1.2 | | | 0.2 | |
| | 1.5 | 1.2 | 6 | | 0.2 | 8.9 |
| | | | | | | |
| Hours | 9.3 | 12.2 | 23.1 | 2.8 | 0.5 | 47.9 |
| | | | | | | |
| Rate | 615 | 540 | 495 | 415 | 245 | |
| | | | | | | |
| Total | 5719.5 | 6588 | 11434.5 | 1162 | 122.5 | 25026.5 |