# EXHIBIT 8

Venable Time on Preliminary Conference

| Date | Wright | Hartmere | DePalma |
|---|---|---|---|
| 7/10/2013 | 0.6 | 1.6 | |
| 7/15/2013 | 0.2 | | |
| 7/16/2013 | | 0.3 | |
| 7/24/2013 | | 0.4 | |
| 7/29/2013 | | 3.1 | |
| | | | |
| Time | 0.8 | 5.4 | 6.2 |
| | | | |
| Rate | 615 | 540 | |
| | | | |
| Total | 492 | 2916 | 3408 |