# EXHIBIT 9

Venable Time on Matters Other than Motion to Vacate, Motion to Dismiss, Preliminary Conference

| Date | Wright | Hartmere | DePalma | |
|------|--------|----------|---------|--|
| 6/26/2013 | 2 | | 1 | Orientation |
| 7/2/2013 | 0.2 | | | Conversation re Vacating Default |
| 7/8/2013 | 0.2 | | | Review Court Order |
| 7/9/2013 | | 0.7 | | Review Court Order and Rules |
| 7/13/11113 | 0.2 | | | Correspond w/ Client |
| 7/15/2013 | | 0.5 | | Settlement |
| 7/19/2013 | | 0.8 | | Conf Natunen |
| 7/24/2013 | 0.3 | 0.4 | | Conf w/ each other |
| 7/30/2013 | | 0.9 | | Conf re Court Order |
| 8/2/2013 | | 0.6 | | Review Second Amended Complaint |
| 8/3/2013 | 0.3 | | | Review Second Amended Complaint |
| 8/7/2013 | 0.5 | | | Conf Natunen |
| 8/8/2013 | 1 | 1.6 | 0.2 | Natunen Decl. |
| 8/9/2013 | 0.5 | | | Natunen Papers |
| 8/12/2013 | 1 | | | Natunen Papers |
| 8/16/2013 | | 0.9 | | Natunen |
| 8/19/2013 | | 0.2 | | Natunen |
| 8/23/2013 | | 0.3 | | Natunen |
| 8/28/2013 | | 0.2 | | Natunen |
| 9/3/2013 | 0.2 | 0.4 | | Conf Yeskoo |
| 10/4/2013 | 0.2 | | | Review Court Opinion |
| | | | | |
| Hours | 6.6 | 7.5 | 1.2 | 15.3 |
| | | | | |
| Rate | 615 | 540 | 495 | |
| | | | | |
| Total | 4059 | 4050 | 594 | 8703 |